AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

IN THE MATTER OF THE SEARCH OF UNITED )
STATES POSTAL SERVICE PARCEL BEARING )
TRACKING NUMBER 9405 5508 9956 1020 9253 03 ) Case No. 25-1179 (M)
FURTHER )
DESCRIBED IN ATTACHMENT A )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____---- ____ District of ____Puerto Rico____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A. (Incorporated by Reference)

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B. (Incorporated by Reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    January 12, 2026
                                                                *(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
 on duty                                                                          .
                            *(name)*

☐  I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                              ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    12/29/25 @ 1:30pm         *[signature]*
                                                    Judge's signature

City and state:         San Juan, PR              Hon. Marshal D. Morgan, U.S. Magistrate Judge
                                                    *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>25- 1179 (M) | Date and time warrant executed:<br>12/29/2025, 4:06 PM | Copy of warrant and inventory left with:<br>USPIS San Juan Field Office |
| Inventory made in the presence of :<br>M. Figueroa-Lopez, D. Nieves, and E. Leon | | |
| Inventory of the property taken and name of any person(s) seized:<br>9405550899561020925303: approximately 1.196 Kg of an undetermined amount of blue pills that field tested positive for fentanyl | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/29/2025

*Executing officer's signature*

Manuel Figueroa-López, U.S. Postal Inspector
*Printed name and title*

## ATTACHMENT A - PARCEL TO BE SEARCHED

| *Express (E) or Priority (P) and Tracking ID number* | *From: Name and Address* | *To: Name and Address* |
|---|---|---|
| (P) 9405 5508 9956 1020 9253 03 | David Jimenez 7400 Parkway Dr, LA MESA CA 91942 | Michael R Ocasio algarin Calle ciudad de las lomas M3 Reparto flamingo Bayamón PR 00959-4957 |



**ATTACHMENT B: ITEMS TO BE SEIZED**

All records and items in the Subject Parcel described in Attachment A that relate to violations of: (1) Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1); (2) Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846; and (3) Transportation of a Controlled Dangerous Substance via the United States Mail in violation of 21 U.S.C. § 843(b) ("the Subject Offense"), including but not limited to:

a. Controlled dangerous substances;

b. Narcotics trafficking paraphernalia;

c. United States Currency;

d. Records related to narcotics suppliers, customers, and co-conspirators, and related identifying information;

e. Types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

f. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information); and

g. Indicia of possession, custody, or control, including any information related to the use of false or fraudulent identities.